UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OMAR ALKAALES and AYAT RASHID,<br><br>Plaintiffs,<br>v.<br><br>UR JADDOU, Director, United States Citizenship and Immigration Services (USCIS), and THUY LINH TRAN, Acting Director Seattle Field Office, USCIS,<br><br>Defendants. | CASE NO. 2:23-cv-01272<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On August 21, 2023, Plaintiffs Omar Alkaales and Ayat Rashid filed a complaint against Defendants Ur Jaddou and Thuy Linh Tran of the United States Citizenship and Immigration Services ("USCIS") to compel action on an N-400 application for naturalization. *See* Dkt. No. 1 at 5–6.

Under Federal Rule of Civil Procedure 4(m), if a defendant is not properly served within 90 days after the complaint is filed, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service

ORDER TO SHOW CAUSE - 1

be made within a specified time." In addition, a plaintiff must follow Federal Rule of Civil Procedure 4(i) to complete proper service on the United States and its agencies, corporations, officers, or employees. Proof of proper service was due by no later than November 20, 2023.

While the Court acknowledges that Plaintiffs are proceeding *pro se* (without an attorney), all litigants are required to comply with Court and procedural rules. Here, Plaintiffs provided proof of service as to Defendants. Dkt. Nos. 5, 6. However, proper service on an agency of the United States or one of its officers requires additional steps. *See* Fed. R. Civ. P. 4(i).

Accordingly, Plaintiffs are ORDERED to file proof of service or waiver, or to show cause why service has not been properly completed, **by January 5, 2024**.

Dated this 5th day of December 2023.

Tana Lin
United States District Judge